

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00745-CV

Keeann **DEVORA**, Craig Owen, and Keller Williams Realty,
Appellants

v.

Tavaris J. **SLAUGHTER**, Individually, and TJ Slaughter Enterprises, LLC,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-13013
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellants' brief was originally due December 8, 2014. We granted appellants two extension of time to file the brief for a total of sixty days. Accordingly, the brief was due February 6, 2015. Neither the brief nor another motion for extension of time was filed. On February 9, 2015, counsel for appellants filed a letter noting the brief was past due, but stating "the parties are very close to a settlement, and we hope to be able to file an agreed motion to dismiss the appeal later this week." Neither the brief nor a motion to dismiss the appeal was filed by February 13, 2015, and we have received no further information from appellants.

We therefore **order** appellants to file in this court **on or before March 2, 2015**, their brief and a written response reasonably explaining their failure to timely file the brief. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.



Keith E. Hottle
Clerk of Court